| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | Case No: <u>11-33661 JNP</u> |
|---|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1**<br>Joshua I. Goldman, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Number: (609) 250-0700<br>jgoldman@kmllawgroup.com<br>Attorneys for the Secured Creditor<br>MidFirst Bank | | Chapter: <u>13</u><br><br>Hearing Date:<br><br>Judge: <u>Jerrold N. Poslusny Jr.</u> |

Order Filed on July 11, 2016 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In re:
Gregory T. Shoultz

                    Debtor

| Recommended Local Form: | ☐ Followed | ☐ Modified |
|---|---|---|
|  |  |  |

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: July 11, 2016**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of <u>MidFirst Bank</u>, under

Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as

hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume

and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to

pursue the movant's rights in the following:

■   Real Property More Fully Described as:

**120 Fenway Avenue , Atco NJ 08004**

☐   Personal Property More Fully Describes as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in

this case as defendants in its action(s) irrespective of any conversion to any other chapter of the

Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who

entered an appearance on the motion.